# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Mendez-Hilliard, Amanda Gloria | Docket No. | 2:20CR00099-SMJ-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Amanda Gloria Mendez-Hilliard, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 6th day of January 2021, under the following conditions:

**Additional Condition #17:** Complete a mental health evaluation and any recommended treatment.

**Additional Condition #28:** Home Detention: Defendant shall be restricted to her residence at all times except for: attorney visits, court appearances, case-related matters, court-ordered obligations, or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Amanda Gloria Mendez-Hilliard is alleged to have violated the conditions of pretrial release supervision by failing to attend recommended substance abuse treatment from February 22-25, 2021.

On January 7, 2021, Ms. Mendez-Hilliard successfully completed inpatient substance abuse treatment at Spokane Addiction and Recovery Center (SPARC). According to her discharge summary from the inpatient substance abuse treatment facility, Ms. Mendez-Hilliard was recommended to engage in outpatient integrated services at SPARC. Integrated services at SPARC is a combination of substance abuse and mental health treatment.

On January 8, 2021, the conditions of pretrial release supervision were reviewed with Ms. Mendez-Hilliard. Ms. Mendez-Hilliard acknowledged an understanding of the conditions, which included additional condition number 17.

On February 26, 2021, the undersigned officer contacted Ms. Mendez-Hilliard's integrated services counselor at SPARC. The counselor advised Ms. Mendez-Hilliard had been doing well in treatment services at SPARC. However, she had failed to attend the recommended treatment groups from February 22-25, 2021.

**Violation #2:** Amanda Gloria Mendez-Hilliard is alleged to have violated the conditions of pretrial release supervision by deviating from her approved locations from February 22-26, 2021.

On January 8, 2021, the conditions of pretrial release supervision were reviewed with Ms. Mendez-Hilliard. She acknowledged an understanding of the conditions, which included additional condition number 28.

Ms. Mendez-Hilliard is currently subjected to global positioning system (GPS) monitoring to monitor her compliance with her Court imposed home detention condition.

During the week of February 22-26, 2021, Ms. Mendez-Hilliard was approved to be out of her residence from approximately 2 p.m. to 8 p.m., to drop off her son at his father's home, and attend integrated services treatment at SPARC.

On February 26, 2021, the undersigned officer spoke with Ms. Mendez-Hilliard's integrated services counselor at SPARC. The counselor advised, Ms. Mendez-Hilliard failed to attend her scheduled integrated services groups at SPARC from

February 22-25, 2021. It should be noted, Ms. Mendez-Hilliard also reported she was attending a "women's group" at SPARC, on February 26, 2021. The counselor confirmed Ms. Mendez-Hilliard was not scheduled for treatment services on February 26, 2021. Upon learning she was not scheduled for treatment services on February 26, 2021, the undersigned officer contacted Ms. Mendez-Hilliard and instructed her to return to her residence, in which she complied with that directive.

The undersigned officer reviewed Ms. Mendez-Hilliard's GPS mapping from February 22-25, 2021. The mapping confirmed Ms. Mendez-Hilliard was away from her residence and traveling within the community during the hours she was required to participate in an integrated treatment services group, which was not approved by the U.S. Probation/Pretrial Services Office. Ms. Mendez-Hilliard's integrated treatment services group was reportedly scheduled from 5:30 p.m. to 7:30 p.m. Available records indicate Ms. Mendez-Hilliard would leave her residence between February 22-25, 2021, around 2:30 p.m. each of those days. She would return home between approximately 8 p.m. to 8:30 p.m., on the aforementioned dates.

**Violation #3:** Amanda Gloria Mendez-Hilliard is alleged to have violated the conditions of pretrial release supervision by being non-compliant with recommended mental health treatment in March 2021.

On January 7, 2021, Ms. Mendez-Hilliard successfully completed inpatient substance abuse treatment at Spokane Addiction and Recovery Center (SPARC). According to her discharge summary from the inpatient substance abuse treatment facility, Ms. Mendez-Hilliard was recommended to engage in outpatient integrated services at SPARC. Integrated services at SPARC is a combination of substance abuse and mental health treatment.

On January 8, 2021, the conditions of pretrial release supervision were reviewed with Ms. Mendez-Hilliard. Ms. Mendez-Hilliard acknowledged an understanding of the conditions, which included additional condition number 17.

On March 30, 2021, the undersigned officer spoke with Ms. Mendez-Hilliard's integrated services counselor at SPARC. The counselor advised Ms. Mendez-Hilliard failed to attend multiple treatment sessions at SPARC in March 2021.

On April 15, 2021, Ms. Mendez-Hilliard's counselor at SPARC provided the undersigned officer with a progress report for the month of March 2021. The progress report indicated Ms. Hilliard was considered to be non-compliant due to unexcused absences. The report further advised, Ms. Mendez-Hilliard failed to attend 9 out of 17 scheduled treatment sessions in March 2021. However, the progress report also noted Ms. Mendez-Hilliard had attended all scheduled sessions between March 30, through April 15, 2021.

**Violation #4:** Amanda Gloria Mendez-Hilliard is alleged to have violated the conditions of pretrial release supervision by deviating from her approved locations on March 11, 15, 17, 23, 24, and 25, 2021.

On January 8, 2021, the conditions of pretrial release supervision were reviewed with Ms. Mendez-Hilliard. Ms. Mendez-Hilliard acknowledged an understanding of the conditions, which included additional condition number 28.

Ms. Menedez-Hilliard is currently subjected to global positioning system (GPS) monitoring to monitor her compliance with her Court imposed home detention condition.

On March 30, 2021, the undersigned officer spoke with Ms. Mendez-Hilliard's integrated services counselor at SPARC. The counselor advised Ms. Mendez-Hilliard had failed to attend scheduled treatment groups on multiple occasions in March 2021.

During the month of March 2021, Ms. Mendez-Hilliard was approved to be out of her residence from approximately 2:30 p.m., to 8:30 p.m., to run errands for her child and to attend integrated substance abuse treatment groups at SPARC. Ms. Mendez-Hilliard's treatment groups were scheduled from 5:30 p.m. to 7:30 p.m. Reviews of Ms. Mendez-Hilliard's GPS mapping revealed Ms. Mendez-Hilliard was not at SPARC for treatment services on the following dates: March 11, 15,17, 23, and 25, 2021. GPS mapping further confirmed Ms. Mendez-Hilliard was traveling to unapproved locations during those times and dates.

**Violation #5:** Amanda Gloria Mendez-Hilliard is alleged to have violated the conditions of her pretrial release supervision by leaving her residence without obtaining prior permission from the U.S. Probation/Pretrial Services Office on April 4, 2021.

On January 8, 2021, the conditions of pretrial release supervision were reviewed with Ms. Mendez-Hilliard. Ms. Mendez-Hilliard acknowledged an understanding of the conditions, which included additional condition number 28.

Ms. Mendez-Hilliard is currently subjected to global positioning system (GPS) monitoring to monitor her compliance with her Court imposed home detention condition.

On April 4, 2021, Ms. Mendez-Hilliard had no approved time away from her residence. A review of her GPS mapping revealed Ms. Mendez-Hilliard left her residence at approximately 5:18 p.m., and traveled to a convenience store. She returned to her residence at 5:30 p.m.

On April 5, 2021, the undersigned officer confronted Ms. Mendez-Hilliard about leaving her residence on April 4, 2021. She acknowledged she left her residence to purchase a drink at a nearby convenience store for her child.

**Violation #6:** Amanda Gloria Mendez-Hilliard is alleged to have violated her conditions of pretrial release supervision by deviating from her approved schedule on April 28, 2021.

On January 8, 2021, the conditions of pretrial release supervision were reviewed with Ms. Mendez-Hilliard. Ms. Mendez-Hilliard acknowledged an understanding of the conditions, which included additional condition number 28.

Ms. Menedez-Hilliard is currently subjected to global positioning system (GPS) monitoring to monitor her compliance with her Court imposed home detention condition.

On April 28, 2021, Ms. Mendez-Hilliard was approved to be away from her residence from approximately 4:30 p.m. to 8:30 p.m., to attend her integrated services group at Spokane Addiction and Recovery Center (SPARC). A review of Ms. Hilliard's GPS mapping revealed Ms. Mendez-Hilliard left her residence at approximately 4:24 p.m. The GPS mapping showed Ms. Mendez-Hilliard traveled throughout the Spokane area, but did not travel to SPARC.

On April 29, 2021, the undersigned officer confronted Ms. Mendez-Hilliard about her locations from April 28, 2021. Ms. Mendez-Hilliard advised she was with her sister on that date, who had just tested positive for COVID-19. Ms. Mendez-Hilliard stated she and her sister were picking up her sister's child during those time frames. She acknowledged she did not attend her scheduled integrated treatment services at SPARC on that date. On April 28, 2021, at approximately 8:22 p.m., Ms. Mendez-Hilliard returned home.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: May 3, 2021 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Mendez-Hilliard, Amanda Gloria
May 3, 2021
Page 4

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

May 4, 2021
Date